[No. 20139–5–I.  Division One.  June 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH E. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03873–2, James D. McCutcheon, Jr., J., entered February 26, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Webster, JJ.

[No. 19891–2–I.  Division One.  June 20, 1988.]

ELIZABETH G. GREENLEE, *Appellant,* v. HARTMARX CORPORATION, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 86–2–06956–9, Frank H. Roberts, Jr., J., entered December 11, 1986 and January 12, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 20153–1–I.  Division One.  June 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL K. BRANSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01620–0, Liem E. Tuai, J., entered April 6, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Webster, JJ.